UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEAL A. BELT, | ) |
| Plaintiff, | ) Case No. C04-2490-JCC-JPD |
| v. | ) |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) ORDER |
| Defendant. | ) |

This matter has come before the Court on Magistrate Judge Donohue's Report & Recommendation ("R&R") (Dkt. No. 18), Plaintiff's objections thereto (Dkt. No. 20), and Defendant's response (Dkt. No. 22). The Court, having reviewed these documents and the remaining record, hereby ADOPTS the R&R.

The Court does not find that Plaintiff's objections raise any issues not properly addressed by Magistrate Judge Donohue. The Commissioner's decision to deny benefits "will be disturbed only if it is not supported by substantial evidence or it is based on legal error." *Brawner v. Sec'y of Health & Human Servs.*, 839 F.2d 432, 433 (9th Cir. 1987), *quoting Green v. Heckler*, 803 F.2d 528, 529 (9th Cir. 1986). Having reviewed the record, the Court finds that the ALJ's findings were supported by "such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *Smolen v. Chater*, 80 F.3d 1273, 1279 (9th Cir. 1996). Plaintiff's objections stem from his contention that the record *could* be read to support his position. However, where the evidence is susceptible to more than one rational interpretation, it is the Commissioner's conclusion that must be upheld. *Thomas v. Barnhart*,

278 F.3d 947, 954 (9th Cir. 2002).  Thus, the existence of evidence in the record supporting Plaintiff's position does not require reversal of the ALJ's decision.

Plaintiff challenges the ALJ's hypothetical to the VE because it did not expressly mention a limitation about impaired concentration.  However, as Magistrate Judge Donohue explained, the ALJ accounted for Plaintiff's impaired concentration in requiring that hypothetical jobs be non-public and involve limited contact with co-workers and limited supervision.

Finally, Plaintiff's arguments regarding the ALJ's consideration of the evidence on the record were all properly and correctly addressed by the R&R.  The Court finds that the ALJ made proper determinations regarding Plaintiff's credibility and the medical evidence and that his decisions were supported by sufficiently stated reasons.

Accordingly, the Court does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation;

(2)   The final decision of the Commissioner is AFFIRMED and this action is DISMISSED with prejudice.

(3)   The Clerk is directed to send copies of this Order to the parties and to Magistrate Judge James P. Donohue.

DATED this 6th day of February, 2006.

John C. Coughenour
United States District Judge